STATE OF NEW JERSEY v. LOUIS LOMBARDO.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE ROY JOHNSON.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MANUEL VILLANUEVA.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. NELSON DUARTE.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS ALBERTO ORTIZ.

October 15, 1986.

Petition for certification denied.